■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v COYDINE MACKIE, Appellant. [823 NYS2d 43]—Order, Supreme Court, New York County (Ruth Pickholz, J.), entered on or about May 17, 2005, which adjudicated defendant a level three sex offender under the Sex Offender Registration Act (Correction Law art 6-C), unanimously affirmed, without costs.

The record supports the level three sex offender adjudication, which was based upon defendant's prior felony sex crime conviction, a presumptive overriding factor under the applicable guidelines (*see People v Judd*, 29 AD3d 431 [2006]). The court properly concluded that defendant's present circumstances did not warrant a downward departure from his presumptive risk level (*see People v Guaman*, 8 AD3d 545 [2004]).

Defendant's arguments concerning the choice of risk factors made by the Legislature and the Board of Examiners of Sex Offenders (*see* Correction Law § 168-*l* [5]) are without merit (*see People v Joe*, 26 AD3d 300 [2006], *lv denied* 7 NY3d 703 [2006]; *see also People v Bligen*, 33 AD3d 489 [2006] [decided herewith]). Concur—Buckley, P.J., Mazzarelli, Marlow, Sullivan and Gonzalez, JJ.